996

No. 74–11. FREEMAN v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–15. REICIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–17. BIBLER, ADMINISTRATRIX, ET AL. v. YOUNG ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–71. KING'S GARDEN, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–76. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–88. PHILLIPS ET AL. v. KLASSEN, POSTMASTER GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–122. PACKERLAND PACKING Co., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 74–136. RUSHTON & MERCIER WOODWORKING Co., INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied.

No. 74–160. WILES ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 74–197. STUDER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 74–198. YATES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.